| | |
|---|---|
| 1 | JAMES R. MCGUIRE (CA SBN 189275) |
| | JMcGuire@mofo.com |
| 2 | CLAIRE C. BONELLI  (CA SBN 317735) |
| | CBonelli@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone:   415.268.7000 |
| 5 | Facsimile:    415.268.7522 |

Attorneys for Defendant
CREDIT ONE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOREMAN, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-05944-BLF |
| Plaintiff, | **DECLARATION OF GARY HARWOOD IN SUPPORT OF DEFENDANT CREDIT ONE BANK, N.A.'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| CREDIT ONE BANK, N.A., | Judge:  Hon. Beth Labson Freeman |
| Defendant. | Hearing Date: February 28, 2019 |
| | Time:   9:00 a.m. |
| | Ctrm:   3 |
| | Date Action Filed:  September 27, 2018 |

I, Gary Harwood, declare as follows:

1. I am Vice President of Portfolio Services at Defendant Credit One Bank, N.A. ("Credit One"). I make this declaration in support of Credit One's Motion to Compel Arbitration. I make this declaration based personal knowledge of the facts stated herein. If called as a witness in this action, I could and would testify to the following facts.

2. I have been employed with Credit One for approximately 22 years, and have served in my current role for approximately 6 years. In that capacity, I routinely research and review records regarding credit card accounts. As part of my job, I have access to and have gained familiarity with Credit One's record-keeping systems as they relate to credit card accounts and associated products. I am capable of finding, collecting, and interpreting such records. Prior to making this declaration, I reviewed the account records of Plaintiff James Foreman ("Plaintiff").

3. Plaintiff submitted an online application for a credit card with Credit One on December 19, 2016.

4. Attached as Exhibit A is a true and correct copy of the Disclosures and Terms & Conditions for Credit One Bank's Credit Cards and Credit Protection Program ("Terms & Conditions") which Plaintiff had the opportunity to view prior to submitting his application for the Credit One credit card.

5. After Plaintiff's credit card application was approved, the Bank mailed him his credit card.

6. Attached as Exhibit B is a true and correct copy of the Visa/Mastercard Cardholder Agreement, Disclosure Statement and Arbitration Agreement ("Cardholder Agreement") which Plaintiff received in the same envelope as his credit card and which governs use of Plaintiff's credit card and the relationship between Plaintiff and Credit One.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 4th day of January, 2019, at Las Vegas, Nevada.

_____
Gary Harwood