**KALIEL PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Goren Gold  (CA Bar No. 307971)
sgold@kalielpllc.com
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C.  20009
Telephone: (202) 350-4783

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOREMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.<br><br>Defendant. | Case No. 5:18-cv-05944<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Foreman and Defendant Credit One Bank, N.A., by and through their respective attorneys, hereby stipulate that all claims asserted by Plaintiff individually in this action are dismissed with prejudice and all claims on behalf of the putative class are dismissed without prejudice.

Dated: April 5, 2019                     Respectfully submitted,

**KALIEL PLLC**
JEFFREY D. KALIEL
SOPHIA GOLD

By:   /s/ Jeffrey Kaliel
           Jeffrey Kaliel

Attorneys for Plaintiff James Foreman


Dated: April 5, 2019                     **MORRISON AND FOERSTER LLP**
JAMES MCGUIRE

By:   /s/ James McGuire
           James McGuire

Attorneys for Defendant
Credit One Bank, N.A.

**ECF ATTESTATION**

Pursuant to local rules I, Jeffrey Kaliel, attest that James McGuire – the other signatory listed in the foregoing document, and on whose behalf the document is being submitted – concurs in the document's contents and has authorized its filing.

/s/ Jeffrey Kaliel
Jeffrey Kaliel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April 2019, that a true and correct copy of the foregoing document was served by electronic mail as furnished via the CM/ECF system.

/s/ Jeffrey Kaliel
Jeffrey Kaliel
